WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steve Alan Boggs, | No. CV-14-02165-PHX-GMS |
| Petitioner, | **ORDER** |
| v. | DEATH PENALTY CASE |
| Charles L. Ryan, et al., | |
| Respondents. | |

To assist this Court in its review of Petitioner's allegations in Claim 4 of his habeas petition,

**IT IS HEREBY ORDERED** that the Clerk of the Maricopa County Superior Court release Trial Exhibits 269, 270, 275, 277, 278, 279, and 280 from the jury trial in the matter of *State v. Boggs*, Maricopa County Superior Court No. CR2002-009759, to the Clerk of the United States District Court, District of Arizona, 401 West Washington, Phoenix, Arizona 85003.

Dated this 16th day of July, 2019.

_____
G. Murray Snow
Chief United States District Judge